CAROLYN HUNT COTTRELL (SBN: 166977)
SCHNEIDER WALLACE COTTRELL KONECKY LLP
2000 Powell Street, Suite 1400
Emeryville, California 94608
Tel: (415) 421-7100; Fax: (415) 421-7105
Email: ccottrell@schneiderwallace.com

*Attorney for Plaintiff and Class members*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MONIQUE TIRADO,<br><br>*Plaintiff,*<br><br>vs.<br><br>VICTORIA'S SECRET STORES, LLC, ET AL.<br><br>*Defendant.* | Case No. 1:21-cv-00636-NONE-SKO<br><br>**PROOF OF SERVICE OF:**<br>CLASS ACTION COMPLAINT FOR VIOLATIONS, Civil Case Cover Sheet, Summons in a Civil Case, Order Setting Mandatory Scheduling Conference, Standing Order, Amended Standing Order in Light of Ongoing Judicial Emergency in the Eastern District of California, Magistrate Judge Consent in Civil Cases: Know Your Rights, Notice of Availability Voluntary Dispute Resolution<br><br>**SERVED ON:**<br>L BRANDS, INC. |

---
PROOF OF SERVICE

Civil Action No. 1:21-cv-00636-NONE-SKO

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* L Brands, Inc. was received by me on *(date)* May 4, 2021, 12:38 pm.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Robin Hutt-Banks, Intake Specialist Authorized to Accept, who is designated by law to accept service of process on behalf of *(name of organization)* L Brands, Inc. on *(date)* Tue, May 04 2021 ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ $0.00.

I declare under penalty of perjury that this information is true.

Date: May 5, 2021

*Server's signature*

Danielle Stevens, Process Server

*Printed name and title*

One Legal LLC
1400 North McDowell Blvd, Ste. 300 , Petaluma, CA 94954

*Server's address*

Additional information regarding attempted service, etc.:
Documents Served: CLASS ACTION COMPLAINT FOR VIOLATIONS, Civil Cover Sheet, Summons in a Civil Case, Order Setting Mandatory Scheduling Conference, Standing Order, Amended Standing Order In Light of Ongoing Judicial Emergency in the Eastern District of California, Magistrate Judge Consent in Civil Cases: Know Your Rights, Notice of Availability Voluntary Dispute Resolution

1) Successful Attempt: May 4, 2021, 2:35 pm EDT at Corporation Trust Company, Registered Agent 1209 Orange St. , Wilmington, DE 19801 received by Robin Hutt-Banks, Intake Specialist Authorized to Accept. Age: 60; Ethnicity: African American; Gender: Female; Weight: 130; Height: 5'4"; Hair: Black;