# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONIQUE TIRADO, on behalf of herself and the Class members,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>VICTORIA'S SECRET STORES, LLC; L BRANDS, INC.;<br><br>　　　　　Defendants. | Case No.: 1:21−CV−00636−JLT−SKO<br><br>**ORDER CONTINUING INITIAL SCHEDULING CONFERENCE AND RELATED DEADLINES**<br><br>(Doc. 26) |

The Court, having considered the parties' Stipulation to Continue Initial Scheduling Conference and Related Deadlines (Doc. 26), and good cause being shown therein, hereby ORDERS as follows:

1. The July 19, 2022, Mandatory Scheduling Conference is hereby **CONTINUED to October 27, 2022, at 9:30 AM** before Magistrate Judge Sheila K. Oberto; and

2. The parties SHALL submit a Joint Scheduling Report by no later than seven days before the continued Mandatory Scheduling Conference following an appropriate conference of counsel.

IT IS SO ORDERED.

Dated:   **July 7, 2022**                             /s/ *Sheila K. Oberto*
                                                                    UNITED STATES MAGISTRATE JUDGE