# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONIQUE TIRADO, on behalf of herself and the Class members,,<br><br>Plaintiff,<br><br>v.<br><br>VICTORIA'S SECRET STORES, LLC; L BRANDS, INC.,<br><br>Defendants. | Case No.: 1:21−CV−00636−JLT−SKO<br><br>**ORDER LIFTING STAY; GRANTING DEFENDANT 30 DAYS TO FILE A MOTION PURSUANT TO FED. R. CIV. P. 12(c)** |

On March 1, 2024, the parties filed a joint status report (Doc. 40) as required by the Court's March 10, 2023, order (Doc. 36). The parties indicate that Defendants intend to file a motion pursuant to Fed. R. Civ. P. 12(c) for judgment on the pleadings on Plaintiff's putative class claims. (*See* Doc. 40 at 2-3). Having reviewed the parties' joint status report and in view of the resolution of the State Court actions, it is HEREBY ORDERED THAT:

1. The stay in this matter is LIFTED.
2. Defendant shall have thirty (30) days from the date of this order to file a motion pursuant to Fed. R. Civ. P. 12(c).
3. If Defendant files such a motion, any opposition and reply must be filed in accordance with Local Rule 230.

IT IS SO ORDERED.

Dated: __March 11, 2024__                    /s/ *Sheila K. Oberto*
                                             UNITED STATES MAGISTRATE JUDGE