# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONIQUE TIRADO, on behalf of herself and the Class members,<br><br>Plaintiff,<br><br>v.<br><br>VICTORIA'S SECRET STORES, LLC; L BRANDS, INC.;<br><br>Defendants. | Case No.: 1:21−CV−00636−JLT−SKO<br><br>**ORDER CONTINUING HEARING AND MODIFYING BRIEFING SCHEDULE FOR DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS**<br><br>(Doc. 47) |

The Court, having considered the parties' Joint Stipulation to Continue Hearing and Modify Briefing Schedule For Defendants' Motion for Judgment on the Pleadings (Doc. 45) and good cause being shown therein, hereby ORDERS as follows:

1. The Opposition to Defendants' Motion for Judgment on the Pleadings (Doc. 45) ("Motion") shall be filed and served by May 15, 2024;

2. The Reply in support of Defendants' Motion shall be filed and served by June 3, 2024; and

3. The Hearing on Defendants' Motion shall be set for June 17, 2024, at 9 A.M.

IT IS SO ORDERED.

Dated:   **April 19, 2024**                            /s/ *Sheila K. Oberto*
                                                     UNITED STATES MAGISTRATE JUDGE