UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| Monique Tirado, | No. 1:21-cv-00636-KJM-SKO |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| Victoria's Secret Stores, LLC, et al., | |
| Defendants. | |

In a previous order, this court granted defendants' motion for judgment on the pleadings with leave to amend. *See generally* Prev. Order, ECF No. 57. The court permitted plaintiff Monique Tirado to assert claims on her own behalf in an amended complaint, as well as "claims by an additional named plaintiff seeking to represent a class of employees with claims that would not be barred by the release" in a settlement agreement that resolved the claims in a similar previous case against the same defendants. *Id.* at 10. The court set a twenty-one-day deadline for the amendment. *Id.*

Plaintiff filed two documents on that deadline: a first amended complaint with claims by plaintiff Tirado on her own behalf, and an ex parte application for a twenty-one-day extension of time to identify an additional person who could represent a class of similarly situated employees as named plaintiff. *See* First Am. Compl., ECF No. 60; Ex Parte App., ECF No. 59. Plaintiff's counsel explains that she and Tirado have been attempting to locate a proposed class

1

1  representative, but with difficulty, as they do not currently have employment records or other
2  means to quickly identify potential class representatives.  *See* Byslma Decl. ¶¶ 3–7, ECF No. 59-
3  1.  Plaintiffs' counsel met and conferred with counsel for the defense before filing the ex parte
4  application, as required by this court's standing order, but the parties did not reach an agreement
5  or stipulation.  *Id.* ¶ 10.  Although defense counsel stated during the conference that defendants
6  would oppose any ex parte application for an extension, the deadline for oppositions has passed,
7  and no opposition was filed.  *See id.*

8      The ex parte application (ECF No. 59) is **granted**.  Plaintiff has shown good cause for a
9  short extension of time, and that extension appears unlikely to cause any undue burden or
10 prejudice.  Any further amended complaint must be filed **within twenty-one days** of the date this
11 order is filed.

12     IT IS SO ORDERED.
13 DATED:  April 14, 2025.

_____
UNITED STATES DISTRICT JUDGE