UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Monique Tirado,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>Victoria's Secret Stores, LLC; L Brands, Inc.,<br><br>　　　　　　Defendants. | No. 1:21-cv-00636-KJM-SKO<br><br>ORDER |

Following a Rule 16 scheduling conference on June 12, 2025, the court instructed the parties to file a joint status report regarding the progress of their private mediation by September 30, 2025. ECF No. 66. The parties filed their joint status report by the deadline. ECF No. 67. "Due to the limited employment period, the Parties do not believe private mediation at this time is efficient," so they "are attempting to negotiate a settlement directly." *Id*. The court thus directs the parties to file a further joint status report on their efforts to negotiate a settlement no later than **December 1, 2025**.

IT IS SO ORDERED.

DATED: October 15, 2025.

　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1